**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-6907**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ELBERT BLANGO,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-95-350-A)

─────────

Submitted:  November 18, 1999        Decided:  November 23, 1999

─────────

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Elbert Blango, Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Elbert Blango appeals the district court's order denying his motion for relief from judgment, sentence or order.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>United States v. Blango</u>, No. CR-95-350-A (E.D. Va. Jan. 27, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on January 26, 1999, the district court's records show that it was entered on the docket sheet on January 27, 1999.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).